IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:06 CR 173 |
| Plaintiff, | ) ) | |
| v. | ) ) ) | **ORDER RELEASING DEFENDANT FROM CUSTODY AND CONTINUING DISPOSITION** |
| DEBRA FOX, | ) ) | |
| Defendant. | ) | |

The Defendant, Debra Fox, by and through her attorney, Jessica P. Douglas, has filed a motion requesting release from custody on April 16th, 2008 to attend in-patient treatment. All parties agree to the Defendant's release. The parties further agree that disposition should be continued to allow the Defendant to complete the in-patient program at the Veteran's Hospital in Grand Island, Nebraska.

Therefore, the Court finds that the Defendant shall be release on April 16th, 2008 and transported by a member of the Federal Public Defender's office to the treatment program. Further, the Court orders that if the Defendant attempts to leave the treatment program before completion, she be detained by the facility and the Court be notified immediately. The Court further finds that disposition of this case shall be continued until **June 9, 2008, at 2:30 p.m.,** Courtroom No. 3, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 9th day of April, 2008.

BY THE COURT:

s/ Joseph F. Bataillon
HON. JOSEPH F. BATAILLON
United States District Court Judge